United States District Court
District of New Jersey

United States of America,         :
                                  :   Cr. No. 07-160-01
         v.                       :
                                  :   CONSENT ORDER APPROVING
Joseph Dordoni,                   :   SATISFACTION OF JUDGMENT
                                  :
         Defendant                :
                                  :

WHERAS, a judgment was entered in the above action on July 12, 2007 against the defendant and in favor of Schering-Plough Corporation, c/o Mr. Paul Weissman, Law Department, 200 Galloping Hill Road, Kenilworth, NJ 07033, in the amount of $5,231,140.00 with the interest requirement waived; and

WHERAS, Joseph Dordoni, while under Supervised Release, made certain payments to reduce that judgment; and

WHERAS, on January 7, 2008, this Court entered three Garnishee Order directing that the defendant's interests in accounts at (a) Vanguard Group, Inc. in the amount of $190,766.68, (b) Synergy Bank in the amount of $2,124.00 and (c) Investors Savings Bank in the amount of $15,494.02, be paid into Court to satisfy the defendant's restitution obligation; and

WHERAS, the Defendant has paid an additional $100,000.00 into the Attorney Trust Account Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068, attorneys for Schering-Plough Corporation, to be forwarded to Schering-Plough Corporation upon the filing of this Order; and

WHERAS, Schering-Plough Corporation has approved the settlement of this matter and authorizes this Satisfaction of Judgment,

IT IS ON THIS 13th DAY OF January 2010 ~~DECEMBER, 2009~~

ORDERED that the Order of Restitution contained in the Judgment of Conviction against Joseph Dordoni entered by this Court on July 12, 2007 is fully and completely satisfied; and it is

FURTHER ORDERED that this Order shall serve as the entry of the full and complete satisfaction on the docket of said judgment; and it is

FURTHER ORDERED that the $100,000.00 being held in the Trust account of Lowenstein Sandler, PC shall be released to Schering-Plough within five days of the date of this Order; and it is

FURTHER ORDERED that this Order shall have no bearing on the Orders of Restitution entered by this Court against the codefendants: Anthony Pietoso (Cr. No. 06-191-01),

Richard DeVivo (Cr. No. 06-364-01), Mario Cesario (Cr. No. 06-878-01) and George Acosta (Cr. No. 07-07-01).

                                                    Joseph A. Greenaway, Jr.
                                                    United States District Judge

I hereby Approve the Form
and Entry of this Order.

Lowenstein Sandler, PC
Attorneys for Schering-Plough Corp.

By: _____
    Jeffrey D. Prol. Esq.
    A Member of the Firm