UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,                    :

                                :

                                :    Criminal No. 07-160 (FSH)

              v.                   :

                                :      **ORDER**

JOSEPH DORDONI.                              :

                                :

              Defendant.     :

---

       This matter being before the Court by McDonald & Rogers, LLC, attorneys for Defendant Joseph Dordoni, seeking to terminate the term of Supervised Release imposed by this Court on July 10, 2007; and the Court having reviewed all submissions; and for good cause shown;

       **IT IS** on this 22nd day of October, 2010,

       **ORDERED** that the term of Supervised Release imposed by this Court on July 10, 2007 be and is hereby terminated; it is further

       **ORDERED** that a copy of this Order shall be served upon all counsel and the Probation Office within seven (7) days of the date of this Order.

                                   ___ s/ Faith S. Hochberg ___
                                   United States District Judge